**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Newark Division**

| | |
|---|---|
| MIGUEL ANGEL ALAY PEREZ, ) | |
| ) | |
| *Petitioner,* ) | |
| v. ) | |
| ) | Case No: <u>3:26-cv-05235 (MAS)</u> |
| MARKWAYNE MULLUN, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |
| ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

By mutual consent, the parties hereby stipulate and agree that the above-captioned action be dismissed without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).


Respectfully submitted,                                    Dated: June 25, 2026


*/s/ Stephanie E. Gibbs*                                    */s/ Christian Carrara*
STEPHANIE E. GIBBS                              CHRISTIAN H. CARRARA
New Jersey State Bar No. 047482013          Assistant United States Attorney
Senior Litigation Attorney                          401 Market Street, 4th Floor
Murray Osorio PLLC                                 Camden, NJ 08101
50 Park Place, Mezzanine Level,                 Tel:    (973) 494-6933
Newark, NJ 07102                                      Email: christian.carrara2@usdoj.gov
Tel.: (571) 455-1915
Email: sgibbs@murrayosorio.com            *Counsel for Federal Respondents*

*Counsel for Petitioner*


**So Ordered this 26th day of June 2026**


_____
**Honorable Michael A. Shipp, U.S.D.J.**

1